Michael HITTER, Petitioner—
Appellant,

v.

John R. PATE, Acting Warden at Allen-
dale Correctional Institution; Charles
Condon, South Carolina Attorney
General, Respondents—Appellees.

No. 05–7648.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 29, 2006.

Michael Hitter, Appellant Pro Se. Der-
rick K. McFarland, Office of the Attorney
General of South Carolina, Columbia,
South Carolina, for Appellees.

Before WILKINSON, LUTTIG, and
WILLIAMS, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Michael Hitter, a state prisoner, seeks
to appeal the district court's order accept-
ing the recommendation of the magistrate
judge and denying relief on his petition
filed under 28 U.S.C. § 2254 (2000). The
order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that the district
court's assessment of his constitutional
claims is debatable or wrong and that any
dispositive procedural ruling by the dis-
trict court is likewise debatable. *Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,*
252 F.3d 676, 683–84 (4th Cir.2001). We
have independently reviewed the record
and conclude that Hitter has not made the
requisite showing. Accordingly, we deny a
certificate of appealability and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED*